**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Shannon Nicole White | : | CASE NO: 19-57390 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**NOTICE OF INTENTION**
**TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Interim Trustee - Faye English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00029 | AMERICAN ELECTRIC POWER<br>ATTN: BANKRUPTCY<br>PO BOX 371496<br>PITTSBURGH, PA  15250-7496 | 205.00 | 100.00 % | 0.00 % | Administrative Priority |
| 00004 | AMERICAN ELECTRIC POWER<br>ATTN: BANKRUPTCY<br>PO BOX 371496<br>PITTSBURGH, PA  15250-7496 | 180.93 | 5.00 % | 0.00 % | Unsecured |
| 00005 | ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ  07601 | 747.10 | 5.00 % | 0.00 % | Unsecured |
| 00006 | Capital One<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | 971.72 | 5.00 % | 0.00 % | Unsecured |
| 00008 | CHASE<br>PO BOX 182223<br>COLUMBUS, OH  43218 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00009 | Checksmart<br>6785 Bobcat Way<br>Dublin, OH  43016 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00010 | City of Columbus DPU<br>111 N Front St 1st Floor Cashiers Office<br>Columbus, OH  43215 | 496.02 | 5.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00011 | eMoneyUSA Holdings LLC<br>c/o Weinstein & Riley PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | 905.34 | 5.00 % | 0.00 % | Unsecured |
| 00028 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101 | 5,460.01 | 5.00 % | 0.00 % | Unsecured |
| 00003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101 | 14,719.83 | 100.00 % | 0.00 % | Priority (new) |
| 00013 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 871.06 | 5.00 % | 0.00 % | Unsecured |
| 00014 | Meade and Associates<br>737 Enterprise Dr<br>Lewis Center, OH 43035 | 200.00 | 5.00 % | 0.00 % | Unsecured |
| 00015 | Microsurgical Endodotics<br>825 High St<br>Columbus, OH 43085 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00025 | NPRTO<br>256 W Data Dr<br>Draper, UT 84020 | 32.26 | 100.00 % | 0.00 % | Lease |
| 00016 | NPRTO<br>256 W Data Dr<br>Draper, UT 84020 | Surrendered | 5.00 % | 0.00 % | Unsecured |
| 00017 | Pathways Financial Credit Union<br>fka Western Credit Union Inc<br>750 Georgesville Rd<br>Columbus, OH 43228 | 2,252.90 | 5.00 % | 0.00 % | Unsecured |
| 00021 | Pinnacle Credit Services<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0368 | 2,140.66 | 5.00 % | 0.00 % | Unsecured |
| 00018 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 765.13 | 5.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00019 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 1,381.58 | 5.00 % | 0.00 % | Unsecured |
| 00020 | Progressive Leasing<br>PO Box 413110<br>Salt Lake City, UT 84141 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00026 | Progressive Leasing<br>PO Box 413110<br>Salt Lake City, UT 84141 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00001 | SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX 75356-0284 | 8,700.00 | 100.00 % | 5.50 % | Secured-506 |
| 10001 | SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX 75356-0284 | 6,611.47 | 5.00 % | 0.00 % | Unsecured |
| 00022 | Target Corporation Recovery Services<br>PO Box 30171<br>Tampa, FL 33630 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00007 | Tea Olive, LLC<br>PO Box 1931<br>Burlingame, CA 94011 | 1,656.53 | 5.00 % | 0.00 % | Unsecured |
| 00012 | The Huntington National Bank<br>5555 Cleveland Ave GW4W25<br>Columbus, OH 43231 | 1,193.37 | 5.00 % | 0.00 % | Unsecured |
| 00023 | TruGreen<br>1790 Kirby PKWY, &#035; 300<br>Germantown, TN 38138 | Not filed | 5.00 % | 0.00 % | Unsecured |
| 00027 | Wilmington Savings Fund Society<br>FCI Lender Services Inc<br>PO Box 27370<br>Anaheim Hills, CA 92809-0112 | 3,196.20 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00002 | Wilmington Savings Fund Society<br>FCI Lender Services Inc<br>PO Box 27370<br>Anaheim Hills, CA 92809-0112 | 477.48<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |

| CLM # | NAME AND ADDRESS OF CREDTIOR | | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|---|
| 00024 | WOW<br>Po Box 4350<br>Carol Stream, IL  60197 | | Not filed | 5.00 % | 0.00 % | Unsecured |
| | | TOTAL | 52,687.11 | | | |
| 00000 | Laura M Nesbitt<br>The Nesbitt Law Firm<br>6037 Franz Road, Suite 102<br>Dublin, OH  43017 | | 3,700.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: August 26, 2020

/s/Interim Trustee - Faye English
INTERIM TRUSTEE - FAYE ENGLISH
TRUSTEE
130 E WILSON BRIDGE RD
SUITE 200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Shannon Nicole White | : | CASE NO: 19-57390 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on August 26, 2020 addressed to:

Shannon Nicole White
2127 Genessee Ave
Columbus, OH  43211
**See Creditor Matrix Attached**

/s/Interim Trustee - Faye English
INTERIM TRUSTEE - FAYE ENGLISH
TRUSTEE
130 E WILSON BRIDGE RD
SUITE 200
WORTHINGTON, OH  43085-6300
(614)436-6700

Huntington NAtional Bank
Attn: Gw221
555 Cleveland Avenue
Columbus, OH  432310000

Wilmington Savings Fund Society, FSB
AMIP Management, LLC
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA  907400000

Target Corporation Recovery Services
PO box 30171
Tampa, FL  336303171

Progressive Leasing
PO Box 413110
Salt Lake City, UT  841410000

City of Columbus
Department of Public Utilities
910 Dublin Rd, 4th Flr
Columbus, OH  432150000

Shannon Nicole White
2127 Genessee Ave
Columbus, OH  432110000

Wow
PO Box 4350
Carol Stream, IL  601970000

Sheldon White Sr.
2127 Genessee Avenue
Columbus, OH  432110000

American Electric Power
PO Box 371496
Pittsburgh, PA  152500000

Chase
PO Box 182223
Columbus, OH  432180000

Microsurgical Endodontics
825 High Street
Columbus, OH  430852000

Pathways FCU
750 Georgesville Rd
Columbus, OH  432280000

CheckSmart
6785 Bobcat Way, Suite 200
Dublin, OH  430160000

Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Credit One Bank NA
PO Box 98873
Las Vegas, NV  891938873

Chase Card Services
201 North Walnut Street
Mail Stop DE1-1406
Wilmington, DE  198012920

Choice Recovery
1550 Old Henderson Road
Ste 100
Columbus, OH  432203662

Santander Consumer USA
PO Box 961245
Fort Worth, TX  761610000

eMoney USA Holdings
c/o Weinstein & Riley
2001 Western Avenue, Suite 400
Seattle, WA  981210000

NPRTO, Ohio, LLC
256 West Data Drive
Draper, UT  840200000

EMONEYUSA
PO Box 716
Jefferson City, MO  651020000

Atlas Acquisitions, LLC - Crest Financia
294 UNION ST
Hackensack, NJ  076010000

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA  235410000

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ  076010000

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL  606040000

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX  753560000

Meade & Associates
737 Enterprise Dr.
Westerville, OH  430810000

American Electric Power
Attn Bankruptcy
1 AEP Way
Hurricane, WV  255261231

CashNet USA
c/o Tea Olive, LLC
PO Box 1931
Burlingame, CA  940110000

Ashley Stewart
PO Box 4699
Petaluma, CA  949550000

City of Columbus Dept of Public Utilitie
910 Dublin Road
Columbus, OH  432150000

Cashnet USA.com
150 W. Jackson Blvd Suite 1000
Chicago, IL  606040000

Columbia Gas
290 W. Nationwide Blvd. 5th Flr
Bankruptcy Department
Columbus, OH  432154157

City of Columbus
Water & Sewer Division
910 Dublin Road Rm 3089
Columbus, OH  432150000

Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud, MN  563029617

Internal Revenue Service
PO Box 7346
Philadelphia, PA  191017346

TruGreen
1790 Kirby Parkway, Suite 300
Germantown, TN  381380000

Weltman Weinberg & Reis
3705 Marlane Dr.
Grove City, OH  431230000

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  193550701

Crescent Bank & Trust
PO Box 61813
New Orleans, LA  701610000

Drummond Financial Services
4701 W Broad St
Columbus, OH  432280000

Capital One/Kohls
c/o Becket & Lee
PO Box 3001
Malvern, PA  193550000